ACCEPTED
1-14-00899-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 5:13:36 PM
CHRISTOPHER PRINE
CLERK

————————————————————————

# NO. 1-14-00899-CV

————————————————————————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 5:13:36 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

————————————————————————

THE STATE OF TEXAS

VS.

TITAN LAND DEVELOPMENT, INC., A TEXAS CORPORATION, AND
BAUER-HOCKLEY 550, L.P., A TEXAS LIMITED PARTNERSHIP

————————————————————————

Appeal from the County Civil Court
at Law No. 4 of Harris County, Texas
Cause No. 1042641

————————————————————————

**NOTICE OF CHANGE OF CONTACT INFORMATION**

————————————————————————

Please note the following new contact information for Charles B. McFarland,

counsel for Appellees, Titan Land Development, Inc. and Bauer-Hockley 550, L.P. This

information is effective as of January 16, 2015.

Charles B. McFarland
McFarland PLLC
712 Main Street, Suite 1500
Houston, Texas 77002-3207
Tel 713.222.1115
Fax 713.513.5577
cmcfarland@mcfarlandpllc.com

Respectfully submitted,

MCFARLAND PLLC


/s/ Charles B. McFarland
Charles B. McFarland
State Bar No. 00794269
cmcfarland@mcfarlandpllc.com
Elly D. Austin
State Bar No. 24076252
eaustin@mcfarlandpllc.com
712 Main Street, Suite 1500
Houston, Texas 77002-3207
Tel 713.222.1115
Fax 713.513.5577

ATTORNEYS FOR APPELLEES,
Titan Land Development, Inc. and
Bauer-Hockley 550, L.P.


CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2015, a true and correct copy of the above and foregoing was forwarded by fax to the following:

Susan Desmarais Bonnen
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
susan.bonnen@texasattorneygeneral.gov
Fax 512.472.3855
*Attorney for Appellant*


/s/ Charles B. McFarland
Charles B. McFarland